B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Richard M. Mitchell, Trustee | **DEFENDANTS**<br>Darren BArnhart Woomer d/b/a<br>Barnhart Capital Management |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Richard M. Mitchell<br>4600 Park Road, Suite 420, Charlotte, NC 28209 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☒ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Action to avoid and recover prusuant to Bankruptcy Code Sections 548 and 544

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Robin Murphey Woomer | BANKRUPTCY CASE NO.<br>17-31183 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western District North Carolina | DIVISION OFFICE<br>Charlotte | NAME OF JUDGE<br>Whitley |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>03/27/2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Richard M. Mitchell | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet. CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-31183 |
| | ) | |
| ROBIN MURPHEY WOOMER, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| RICHARD M. MITCHELL, TRUSTEE, | ) | |
| | ) | Adv. Proc. No. _____ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DARREN BARNHART WOOMER d/b/a | ) | |
| BARNHART CAPITAL MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | |

COMPLAINT

THE PLAINTIFF, complaining of the Defendant, alleges and says:

1. This an action brought pursuant to 11 U.S.C. Sec. 548(b) to recover a fraudulent transfer and pursuant to 11 U.S.C. Sect. 549 to recover a post-petition transfer.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

3. The Plaintiff is the duly appointed and acting Chapter 7 trustee.

4. The Defendant is a citizen and resident of Gaston County, North Caroling.

5. At all relevant times herein complained of, the Defendant operated a sole proprietorship engaged in the business of financial planning known a Barnhart Capital Management.

6. Approximately thirteen days prior to the filing of the petition in this case, the Debtor received a commission in the amount of $12,452.07 ("Commission 1").

7. The proceeds from Commission 1 were transferred by the Debtor to the Defendant prior to the time the case was filed.

    8. Prior to the filing of the petition in this case, the Debtor earned a commission in the amount of $10,000.00 ("Commission 2").

    9. The Debtor received Commission 2 after the petition in this case was filed.

    10. The proceeds received from Commission 2 were transferred by Debtor to the Defendant.

    11. As to Commission 1, the Debtor was not compensated for the transfer and was insolvent at the time of the transfer.

    12. As to Commission 2, the transfer was not authorized under the Bankruptcy Code or by the Court.

    WHEREFORE, the plaintiff prays that he have and recover of the Defendant the sum of $22,452.07 together with the cost of this action and for such other and further relief as may be just.

    DATED this the 28th day of March, 2018.

    */s/ Richard M. Mitchell*
Richard M. Mitchell, N.C. State Bar No. 3034
Bankruptcy Trustee
4600 Park Road, Suite 420
Charlotte, North Carolina 28209
Tel: 704-333-0630 x 102
Email: rmitchell@rickmitchelllaw.com